IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN HAMPTON ANDERSON,

    Petitioner,

v.                                            CASE NO. 1:08-cv-00013-MP-AK

JAMES R. MCDONOUGH,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner Anderson's Petition for Writ of Habeas Corpus, Doc. 1, be dismissed as untimely. The Magistrate Judge filed the Report and Recommendation on Wednesday, April 2, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

As the Magistrate notes, Petitioner had one year to seek federal habeas review of his conviction, beginning on the date that conviction became final, and excluding any time tolled by seeking post-conviction relief in state court. Petitioner's conviction became final on November 21, 2000, and over one year had elapsed by the time Petitioner filed his motion in state court for post-conviction relief on June 12, 2002. In his objections, Petitioner contends that counsel never informed him of the federal deadline for seeking habeas relief. It is a well-settled rule that a criminal defendant does not have a right to counsel for the preparation of petitions for discretionary review, and thus cannot raise a claim for ineffective assistance during the habeas

proceedings. See Ross v. Moffitt, 417 U.S. 600 (1974).  Therefore, the Court agrees with the Magistrate that because Petitioner filed the instant petition beyond the statute of limitations, it is untimely. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The petition for writ of habeas corpus, Doc. 1, DISMISSED WITH PREJUDICE as untimely.

**DONE AND ORDERED** this  *22nd* day of April, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge